# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM R. SMITH,** as administrator of the estate of **MICHAEL J. SMITH**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:21-cv-468-MHT-KFP ) |
| **JUJUAN WHIGHAM, DEREK SIMMONS, DENNIS BROWN,** and **DOMINIC WHITLEY**, | ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO ENTER QUALIFIED HIPAA PROTECTIVE ORDER

The parties respectfully move this Honorable Court to enter the attached proposed protective Order to facilitate necessary discovery.

The Qualified HIPAA Protective Order attached hereto is requested to govern the production and protection of certain Protected Health Information ("PHI") so that the parties, and any third party receiving any subpoena, may comply with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

Respectfully submitted, this 17th of November 2021.

/s/ Steven K. Herndon
STEVEN K. HERNDON (ASB-0093-O74S)
*Counsel for Defendant Derek Simmons & JuJuan Whigham*

1

OF COUNSEL:
**HERNDON LAW PC**
1430 I-85 Parkway, Suite 234
Montgomery, AL 36106
Telephone: (334) 386-3848
Email: steve@herndon.law

/s/ Robert F. Northcutt
ROBERT F. NORTHCUTT (ASB-9358-T79R)
*Counsel for Defendant Dennis Brown*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8083
Email: bob.northcutt@chlaw.com

/s/ Albert L. Jordan
ALBERT L. JORDAN (ASB-5222-D51A)
THOMAS A. MCKNIGHT, JR.
BEN B. ROBINSON
*Counsel for Dominic Whitley*

OF COUNSEL:
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Telephone: (205) 870-0555
Email: bjordan@wallacejordan.com
       tmcknight@wallacejordan.com
       brobinson@wallacejordan.com

/s/ Leroy Maxwell, Jr.
LEROY MAXWELL, JR. (ASB-9440-J92S)

                                          AUSTIN T. RUSSELL (ASB-6418-S13J)
                                          *Counsel for Plaintiff*

OF COUNSEL:
**MAXWELL TILLMAN LAW FIRM**
2326 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 216-3304
Email: maxwell@mxlawfirm.com
          arussell@mxlawfirm.com

                                        /s/ Richard A. Rice
                                        RICHARD A. RICE (ASB-8387-I66R)
                                        *Counsel for Plaintiff*

OF COUNSEL:
**THE RICE FIRM, LLC**
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 901-4169
Email: rrice@rice-lawfirm.com