IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM R. SMITH, as administrator of the estate of Michael J. Smith, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:21-CV-468-MHT-KFP ) |
| JUJUAN WHIGHAM, et al., | ) ) |
| Defendants. | ) |

## QUALIFIED HIPAA PROTECTIVE ORDER

Upon consideration of the parties' Joint Motion to Enter Qualified HIPAA Protective Order (Doc. 39), it is ORDERED that the motion is GRANTED. The parties and all interested non-parties will be governed by the following provisions agreed to and submitted by the parties:

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the *Federal Rules of Civil Procedure* and the orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the medical condition of Michael J. Smith, who is the decedent in the above-styled case filed by Plaintiff as the personal representative of his estate, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This Order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the Protected Health Information obtained pursuant to this Order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such Protected Health Information was obtained, or to destroy the Protected Health Information (including all copies made), immediately upon conclusion of this action. *See* 45 C.F.R. §§ 163.502(b), 164.512(e)(1)(v).

DONE this 19th day of November, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE