IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM R. SMITH, as administrator of the estate of MICHAEL J. SMITH, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: 2:21-cv-00468-MHT-KFP |
| ) | |
| JEFFERSON DUNN, CHARLES DANIELS, MATTHEW BRAND, CHRISTOPHER GORDY, JUJUAN WHIGHAM, DEREK T. SIMMONS, DENNIS BROWN, and DOMINIC WHITLEY, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **JOINT STATUS REPORT**

COME NOW the parties, Plaintiff William R. Smith, and Defendants JuJuan Whigham, Derek Simmons, Dennis Brown, Dominic Whitley, Matthew Brand and Christopher Gordy, through undersigned counsel, and respond to the Court's Order (Doc. 68), providing the following status report:

1. On May 26, 2022, the Plaintiff and the initial Defendants filed a joint motion for a stay of this civil proceeding (Doc. 59), and after a telephone status conference with the parties, the Court granted the motion on June 8, 2022, requiring periodic joint status reports. (Doc. 68).

2. On June 14, 2022, an indictment for manslaughter was issued against Defendant Derek Simmons relating to Michael J. Smith's death in the Barbour

County Circuit Court, Clayton Division, CC-2022-000032. No arraignment is set at this time.

3. The stay should remain in place at this time due to the current parallel criminal proceedings against Defendant Simmons relating to the same incident currently pending in the Barbour County Circuit Court and the other grounds set forth in the joint motion to stay previously filed with the Court.

4. As directed by the Court in its Order, the parties will continue to provide quarterly status reports, with the next report to be submitted on March 7, 2023.

Respectfully submitted this 6th day of December 2022.

/s/ Steven K. Herndon
STEVEN K. HERNDON (ASB-0093-O74S)
*Counsel for Defendant Derek Simmons & JuJuan Whigham*

OF COUNSEL:
**HERNDON LAW PC**
1430 I-85 Parkway, Suite 234
Montgomery, AL 36106
Telephone: (334) 386-3848
Email: steve@herndon.law

/s/ Robert F. Northcutt
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
JOSEPH R. LATHAM (ASB-3044-S14R)
W. ALLEN SHEEHAN (ASB-7274-L69S)
R. BROOKE LAWSON III (ASB-5459-L63R)

*Counsel for Defendant Dennis Brown*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8083
Email:  bob.northcutt@chlaw.com
          rick.hill@chlaw.com
          jimmy.walter@chlaw.com
          allen.sheehan@chlaw.com
          joseph.latham@chaw.com
          brooke.lawson@chlaw.com

/s/ Albert L. Jordan
ALBERT L. JORDAN (ASB-5222-D51A)
THOMAS A. MCKNIGHT, JR.
BEN B. ROBINSON
*Counsel for Dominic Whitley*

OF COUNSEL:
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Telephone: (205) 870-0555
Email:  bjordan@wallacejordan.com
          tmcknight@wallacejordan.com
          brobinson@wallacejordan.com

/s/ Leroy Maxwell, Jr.
LEROY MAXWELL, JR. (ASB-9440-J92S)
AUSTIN T. RUSSELL (ASB-6418-S13J)
*Counsel for Plaintiff*

OF COUNSEL:
**MAXWELL TILLMAN LAW FIRM**
2326 2nd Avenue North

Birmingham, AL 35203
Telephone: (205) 216-3304
Email:  maxwell@mxlawfirm.com
arussell@mxlawfirm.com

/s/ Richard A. Rice
RICHARD A. RICE (ASB-8387-I66R)
*Counsel for Plaintiff*

OF COUNSEL:
**THE RICE FIRM, LLC**
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 901-4169
Email: rrice@rice-lawfirm.com

/s/ Matthew B. Reeves
MATTHEW B. REEVES
WILLIAM R. LUNSFORD
*Counsel for Matthew Brand*

OF COUNSEL:
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 551-0171
Email: blunsford@maynardcooper.com
mreeves@maynardcooper.com

/s/ Mary Goldthwaite
MARY GOLDTHWAITE
*Attorney for Defendant Warden Gordy*

OF COUNSEL:
**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, AL 36130

Telephone: (334) 353-9189
Email: Mary.Goldthwaite@AlabamaAG.gov