IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM R. SMITH, as administrator of the estate of MICHAEL J. SMITH, ) ) ) Plaintiff, ) ) v. ) ) JEFFERSON DUNN, CHARLES ) DANIELS, MATTHEW BRAND, ) CHRISTOPHER GORDY, JUJUAN ) WHIGHAM, DEREK T. SIMMONS, ) DENNIS BROWN, and DOMINIC ) WHITLEY, ) ) Defendants. ) | CASE NO.: 2:21-cv-00468-MHT-KFP |

## JOINT STATUS REPORT

COME NOW the parties, Plaintiff William R. Smith, and Defendants JuJuan Whigham, Derek Simmons, Dennis Brown, Dominic Whitley, Matthew Brand, Charles Daniels, Jefferson Dunn, and Christopher Gordy, through undersigned counsel, and respond to the Court's Order (Doc. 68), providing the following status report:

    1.    On May 26, 2022, the Plaintiff and the initial Defendants filed a joint motion for a stay of this civil proceeding (Doc. 59), and after a telephone status conference with the parties, the Court granted the motion on June 8, 2022, requiring periodic joint status reports. (Doc. 68).

2. On June 14, 2022, an indictment for manslaughter was issued against Defendant Derek Simmons relating to Michael J. Smith's death in the Barbour County Circuit Court, Clayton Division, CC-2022-000032. The parties previously filed joint status reports pursuant to this Court's Order. (Docs. 69, 70, 74, 80).

3. The criminal charge against Defendant Simmons is still active and pending. No other Defendants have any pending criminal charges against them at this time regarding this incident.

4. As directed by the Court in its Order, the parties will continue to provide quarterly status reports, with the next report to be submitted on December 5, 2023.

Respectfully submitted this 5th day of September 2023.

/s/ Steven K. Herndon
STEVEN K. HERNDON (ASB-0093-O74S)
*Counsel for Defendant Derek Simmons*

OF COUNSEL:
**HERNDON LAW PC**
1430 I-85 Parkway, Suite 234
Montgomery, AL 36106
Telephone: (334) 386-3848
Email:  steve@herndon.law

/s/ Robbie Alexander Hyde
ROBBIE ALEXANDER HYDE
*Counsel for Defendant JuJuan Whigham*

<table>
<tr><td>

OF COUNSEL:
**ALEXANDER HYDE, LLC**
2138 Moore's Mill Road, Ste. A
Auburn, AL 36830
Email: robbie@alexanderhyde.com

</td><td></td></tr>
</table>

OF COUNSEL:
**ALEXANDER HYDE, LLC**
2138 Moore's Mill Road, Ste. A
Auburn, AL 36830
Email: robbie@alexanderhyde.com

                                      /s/ W. Allen Sheehan
                                      W. ALLEN SHEEHAN (ASB-7274-L69S)
                                      ROBERT F. NORTHCUTT (ASB-9358-T79R)
                                      C. RICHARD HILL, JR. (ASB-0773-L72C)
                                      JAMES N. WALTER, JR. (ASB-2722-R68J)
                                      R. BROOKE LAWSON III (ASB-5459-L63R)
                                      *Counsel for Defendant Dennis Brown*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8083
Email:  bob.northcutt@chlaw.com
          rick.hill@chlaw.com
          jimmy.walter@chlaw.com
          allen.sheehan@chlaw.com
          brooke.lawson@chlaw.com

                                      /s/ Albert L. Jordan
                                      ALBERT L. JORDAN (ASB-5222-D51A)
                                      THOMAS A. MCKNIGHT, JR.
                                      BEN B. ROBINSON
                                      *Counsel for Dominic Whitley*

OF COUNSEL:
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Telephone: (205) 870-0555
Email:  bjordan@wallacejordan.com
          tmcknight@wallacejordan.com

    brobinson@wallacejordan.com

 

        /s/ Leroy Maxwell, Jr.
        LEROY MAXWELL, JR. (ASB-9440-J92S)
        *Counsel for Plaintiff*

OF COUNSEL:
**MAXWELL TILLMAN LAW FIRM**
2326 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 216-3304
Email:  maxwell@mxlawfirm.com

        /s/ Richard A. Rice
        RICHARD A. RICE (ASB-8387-I66R)
        *Counsel for Plaintiff*

OF COUNSEL:
**THE RICE FIRM, LLC**
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 901-4169
Email: rrice@rice-lawfirm.com

        /s/ Matthew B. Reeves
        MATTHEW B. REEVES
        WILLIAM R. LUNSFORD
        DANIEL J. CHISM
        *Counsel for Matthew Brand, Jefferson*
        *Dunn, and Charles Daniels*

OF COUNSEL:
**BUTLER SNOW LLP**
200 West Side Square, Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Email: bill.lunsford@butlersnow.com

   matt.reeves@butlersnow.com
  daniel.chism@butlersnow.com



                /s/ Mary Goldthwaite
                MARY GOLDTHWAITE
                *Attorney for Defendant Warden Gordy*

OF COUNSEL:
**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 353-9189
Email: Mary.Goldthwaite@AlabamaAG.gov