IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM R. SMITH, as administrator of the estate of MICHAEL J. SMITH, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) CASE NO: 2:21-cv-00468-MHT-KFP |
| JEFFERSON DUNN, CHARLES DANIELS, MATTHEW BRAND, CHRISTOPHER GORDY, JUJUAN WHIGHAM, DEREK T. SIMMONS, DENNIS BROWN, and DOMINIC WHITLEY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO LIFT TEMPORARY STAY TO
CONDUCT LIMITED DISCOVERY**

 **COMES NOW**, the Plaintiff, William R. Smith, as administrator of the estate of Michael J. Smith (hereinafter "Plaintiff"), by and through the undersigned counsel of record, and files this Motion to Lift Temporary Stay to Conduct Limited Discovery in the above-referenced case. In support of this Motion, Plaintiff would show as follows:

1. On April 18, 2022, Plaintiff filed an Amended Complaint against Defendants Jefferson Dunn, Charles Daniels, Matthew Brand, Christopher Gordy, JuJuan Whigham, Derek T. Simmons, Dennis Brown, and Dominic Whitely for the wrongful death of Michael Smith that occurred at Ventress Correctional Facility on or around November 30, 2019. (Doc. 44).

1

2. On May 26, 2022, Plaintiff and Defendants JuJuan Whigham, Derek Simmons, Dennis Brown, and Dominic Whitley filed a Joint Motion for Temporary Stay, stating that "[the parties] will be unable to complete discovery and depositions in this civil case until the criminal investigation is concluded and information surrounding the incident and Smith's death is available to the parties." (Doc. 59).

3. In the Joint Motion, the parties agreed "to submit joint reports to the Court every 90 days to keep the Court informed as to whether the temporary stay remains appropriate and *Plaintiff or any party may petition Court if it believes that the stay should be lifted*." (Doc. 59, ¶ 9) (emphasis added).

4. In 2022, Defendant Derek T. Simmons was indicted for manslaughter in relation to Michael Smith's death. (*See generally* 06-CC-2022-000032).

5. In the near four years since Michael Smith's death, neither of the other Defendants have been indicted for any criminal charges in relation to Michael Smith's death.

6. Plaintiff reasonably believes that neither of the other Defendants will be indicted for criminal charges in relation to Michael Smith's death, therefore, there is no risk of incrimination against such Defendants. See *SEC v. Wright*, 261 Fed. Appx. 259, 262 (11th Cir. 2008) ("The Fifth Amendment privilege against self-incrimination permits a person not to answer official questions put to him in any other proceeding, civil or criminal, formal or informal, where the answers might incriminate him in the future criminal proceedings.").

7. Plaintiff anticipates discovery being extremely time consuming as several parties are involved in this matter. Lifting the stay to commence limited discovery to the

Defendants who are not at risk of incrimination will aid the parties in the prompt disposition of this case.

8. The granting of this Motion would not prejudice any party.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests this Honorable Court grant this Motion to Conduct Limited Discovery as to Defendants Dunn, Daniels, Brand, Gordy, Whigham, Brown, and Whitley. In the alternative, Plaintiff requests this Honorable Court to set this matter for a telephone conference to discuss the arguments presented herein.

Respectfully submitted this 6th day of September 2023.

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.

*/s/ Kristen E. Gochett*
Kristen E. Gochett
*Attorneys for Plaintiff*

**Maxwell & Tillman**
2326 2nd Avenue North
Birmingham, Alabama 35203
Email: maxwell@mxlawfirm.com
          kgochett@mxlawfirm.com

*/s/ Richard A. Rice*
Richard A. Rice
*Attorney for Plaintiff*

**The Rice Firm, LLC**
420 20th Street North, Suite 2200
Post Office Box 453
Birmingham, Alabama 35201
Email: rrice@rice-lawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2023, I have electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing to the following counsels of record:

**Mary Arrington Goldthwaite**
**Office of the Attorney General**
P.O. Box 300152
Montgomery, Alabama 36130-0152
Email: mary.goldthwaite@alabamaag.gov
*Attorney for Christopher Gordy*

**Steven K. Herndon**
**HERNDON LAW PC**
1430 I-85 Parkway, Suite 234
Montgomery, Alabama 36106
Email: steve@herndon.law
*Attorney for Defendant Derek T. Simmons*

**Robbie Alexander Hyde**
**ALEXANDER HYDE, LLC**
2138 Moores Mill Rd., Suite A
Auburn, Alabama 36830
Email: robbie@alexanderhyde.com
*Attorney for Defendant JuJuan Whigham*

**Albert L. Jordan**
**Thomas A. McKnight, Jr.**
**Ben B. Robinson**
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Email: bjordan@wallacejordan.com
        tmcknight@wallacejordan.com
        brrobinson@wallacejordan.com
*Attorneys for Dominic Whitley*

**W. Allen Sheehan**
**Robert F. Northcutt**
**C. Richard Hill, Jr.**
**James N. Walter, Jr.**

**R. Brooke Lawson III**
**CAPELL & HOWARD, P.C.**
150 S. Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone:
Email: bob.northcutt@chlaw.com
 rick.hill@chlaw.com
 allen.sheehan@chlaw.com
 brooke.lawson@chlaw.com
*Attorneys for Defendant Dennis Brown*

**Matthew B. Reeves**
**Daniel James Chism**
**William R. Lunsford**
**BUTLER SNOW, LLP**
200 West Side Square, Suite 100
Huntsville, Alabama 35801
Email: matt.reeves@butlersnow.com
 daniel.chism@butlersnow.com
 bill.lunsford@butlersnow.com
*Attorneys for Defendants Matthew Brand,*
*Charles Daniels, and Jefferson Dunn*

 */s/ Leroy Maxwell, Jr.*
 OF COUNSEL