IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM R. SMITH, as administrator of the estate of Michael J. Smith,  )<br>)<br>)<br>)<br>Plaintiff,                  )<br>)<br>v.                               )<br>)<br>JEFFERSON DUNN, et al.,    )<br>)<br>Defendants.              ) | CIVIL ACTION NO.<br>2:21cv468-MHT<br>(WO) |

**ORDER**

In a separate opinion and order entered on September 30, 2025, this court addressed the motions to dismiss filed by defendants Jefferson Dunn, Charles Daniels, Matthew Brand, and Christopher Gordy. The court denied the motions as to the generalized-risk claim in Count 5 of plaintiff's amended complaint, but granted them as to the failure-to-intervene claim in Count 2, the specific-risk claim in Count 4, the state-created danger claim in Count 6, and the wrongful-death claim Count 7.  Because Count 6 and

Count 7 were asserted against all defendants, the state-created danger claim and the wrongful-death claim are still pending against defendants JuJuan Whigham, Derek T. Simmons, Dennis Brown, and Dominic Whitley. However, based on plaintiff's concession with regard to the state-created danger claim (Count 6) and the court's reasoning for dismissing plaintiff's wrongful-death claim (Count 7), Counts 6 and 7 may be due to be dismissed entirely.

***

Accordingly, it is ORDERED that plaintiff William R. Smith should, within 14 days of this order being issued, file a notice with the court indicating whether he wishes to dismiss the state-created danger claim in Count 6 and the wrongful-death claim in Count 7 as to all defendants.

DONE, this the 1st day of October, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE