IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM R. SMITH, as administrator of the estate of Michael J. Smith, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv468-MHT |
| | ) | (WO) |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The court has been informed that the parties reached a settlement of this case at mediation. Accordingly, it is ORDERED that, by April 1, 2026, the parties shall file a joint stipulation of dismissal or a status report indicating how much additional time will be needed to finalize the settlement.

This case remains administratively closed.

DONE, this the 11th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE