IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM R. SMITH, as          )
administrator of the estate   )
of Michael J. Smith,          )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:21cv468-MHT
                              )           (WO)
JEFFERSON DUNN, et al.,       )
                              )
     Defendants.              )
```

## JUDGMENT

Pursuant to the joint stipulations of dismissal (Doc. 139 and Doc. 142), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of May, 2026.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE